UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-5631 FMO (JEMx) | Date | September 13, 2021 |
|---|---|---|---|
| Title | Cara C. Jones, et al. v. Bank of America, N.A., et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Gabriela Garcia | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):   Attorney Present for Defendant(s):

None Present   None Present

**Proceedings:**   (In Chambers) Order to Show Cause Re: Sanctions or Dismissal

Pursuant to the Court's Order of July 7, 2021, the parties were required to complete a settlement conference before the Honorable Carle M. Woehrle (Ret.) by no later than September 1, 2021. (See Dkt. 124, Court's Order of July 7, 2021, at 1). No later than 24 hours after the settlement, the parties were required to file a Status Report Re: Settlement, indicating whether the case has settled. (See id. at 2).

As of the filing date of this Order, a Status Report Re: Settlement has not been filed. (See, generally, Dkt.). Accordingly, IT IS ORDERED THAT, no later than **September 20, 2021**, the parties shall show cause in writing why sanctions should not be imposed for failure to comply with the Court's Order of July 7, 2021. **Failure to submit a response to this Order by the deadline set forth above shall result in the imposition of sanctions and/or dismissal of this action for lack of prosecution and/or failure to comply with a court order.** See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962); Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002).

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | gga |